**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

**UNCLAIMED FUNDS IN CHAPTER 13 CASES**

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, name and address of the entity entitled to unclaimed funds in the referenced case.

Case #:             05-52245
Debtor(s) Name:     MICHAEL CRAIG SWAFFORD / AMY VANESSA SWAFFORD

Unclaimed Funds Check #:   11097242
Date Unclaimed Funds check issued:      June 23, 2010

**Amount remitted to Unclaimed Funds - case # 05-52245:      $1120.65**
Claim Number:           999
Court Claim Number:     Debtor Refund Claim

Debtor Name and Address:

MICHAEL CRAIG SWAFFORD \ AMY VANESSA SWAFFORD
3959 KENT STREET, APT. 5
KINGSPORT, TN  37664

                                                           /s/ Gwendolyn M. Kerney
                                                           GWENDOLYN M. KERNEY, #07280
                                                           Chapter 13 Trustee
                                                           P O Box 228
                                                           Knoxville, TN.  37901
                                                           (865) 524-4995